IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

**MARGARET LOVE VALEZQUEZ**         :    **CIVIL ACTION**
                                    :
**v.**                              :    **NO.  02-CV-3012**
                                    :
**VALU-PLUS STORE #4**              :

## SCHEDULING ORDER

     **AND NOW**, this          day of July, 2002, pursuant to Federal Rule of Civil Procedure 16(b), **IT IS ORDERED** that the following schedule shall apply in this case:

1. The parties shall join other parties and amend the pleadings by August 12, 2002.

2. Plaintiff shall serve her expert report(s) on Defendant by November 12, 2002.

3. Defendant shall serve its expert report(s) on Plaintiff by December 2, 2002.

4. Discovery shall be completed by November 12, 2002.

5. Non-dispositive motions shall be filed by November 12, 2002.

6. Dispositive motions shall be filed by December 19, 2002.

7. Exhibits shall be exchanged by March 25, 2003.

8. The parties shall file their pretrial memoranda pursuant to Federal Rule of Civil Procedure 26(a)(3) and Local Rule of Civil Procedure 16.1(c), proposed voir dire questions, jury instructions, special interrogatories, verdict forms, and any motions in limine (with a copy of each also delivered to Chambers) by March 25, 2003.[1]

---

[1] The Court expects counsel to work together in an effort to submit, to the fullest extent possible, an agreed upon version of final jury instructions, verdict forms or special interrogatories to the jury, and a statement of the case for use in the Court's preliminary instructions to the jury.  The statement of the case for use in the preliminary jury instructions should summarize succinctly each party's position and should state the essential elements of claims and defenses that must be proven by each party.  When agreement is not reached, requests for jury instructions must be accompanied by citation of legal authority.  If a model jury

9. A final pretrial conference is scheduled for **Tuesday, April 1, 2003, at 2:30 p.m.**

10. This case will be placed in the Court's trial pool on **Friday, April 4, 2003**. Once placed in the trial pool, a case may be called to trial upon 24 hours notice to counsel.

**BY THE COURT:**

_____
**BRUCE W. KAUFFMAN, J.**

---

instruction is used (<u>e.g.</u>, Devitt & Blackmar), any modifications should be indicated by underlining and boldfacing additions and striking out deletions. Amendments or supplements to the final jury instructions and verdict forms or special interrogatories to the jury may be submitted at the close of the evidence.