IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MARGARET LOVE VELAZQUEZ** | : | **CIVIL ACTION** |
| | : | |
| _____v. | : | **NO. 02-CV-3012** |
| | : | |
| **VALUE PLUS - STORE #4** | : | |

### REFERRAL ORDER

_____**AND NOW,** this _____ day of December, 2002, **IT IS ORDERED**, pursuant to 28 U.S.C. § 636(b)(1)(A) and Fed. R. Civ. P. 72(a), that this action is **REFERRED** to the Honorable Jacob P. Hart, United States Magistrate Judge, for all pretrial management purposes, including the resolution of all non-dispositive motions.

_____**BY THE COURT:**


_____
**BRUCE W. KAUFFMAN,  J.**