IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MARGARET LOVE VELAZQUEZ | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| VALU-PLUS STORE #4 | : | NO. 02-3012 |

**O R D E R**

AND NOW, this 13th day of December, 2002, upon consideration of the Defendant's Motion to Compel, the response, thereto, and after verifying that Plaintiff has now provided the answers to interrogatories and produced the documents requested, IT IS HEREBY ORDERED that Defendant's Motion is DISMISSED AS MOOT.

_____BY THE COURT:


_____
JACOB P. HART
UNITED STATES MAGISTRATE JUDGE