IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MARGARET LOVE VELAZQUEZ** | : | **CIVIL ACTION** |
| | : | |
| v. | : | NO. 02-CV-3012 |
| | : | |
| **VALUE PLUS - STORE #4** | : | |

### AMENDED SCHEDULING ORDER

**AND NOW,** this         day of March, 2003, **IT IS ORDERED** that the following changes to the schedule shall apply immediately:

1. The parties shall file their pretrial memoranda pursuant to Federal Rule of Civil Procedure 26(a)(3) and Local Rule of Civil Procedure 16(c), preliminary and final jury instructions, special interrogatories, verdict forms, and any motions in limine (with a copy of each also delivered to Chambers) by April 16, 2003.[1]

2. A final pretrial conference is scheduled for **Tuesday, April 22, 2003, at 3:30 p.m.**[2]

3. This case will be placed in the Court's trial pool on **Friday, April 25, 2003**. Once placed in the trial pool, a case may be called to trial upon 24 hours notice to counsel.

BY THE COURT:

_____
**BRUCE W. KAUFFMAN, J.**

---

[1] Amendments or supplements to the final jury instructions and verdict forms or special interrogatories to the jury may be submitted at the close of the evidence.

[2] The Court expects counsel to work together in an effort to submit, to the fullest extent possible, an agreed upon version of preliminary and final jury instructions, verdict forms or special interrogatories to the jury. The statement of the case for use in the preliminary jury instructions should summarize succinctly each party's position and should state the essential elements of claims and defenses that must be proven by each party. When agreement is not reached, requests for jury instructions must be accompanied by citation of legal authority. If a model jury instruction is used (e.g., Devitt & Blackmar), any modifications should be indicated by underlining and boldfacing additions and striking out deletions.